No. 66. SANDSTROM *v.* CALIFORNIA HORSE RACING BOARD ET AL. Supreme Court of California. Certiorari denied. *Joseph Scott* for petitioner. *Fred N. Howser,* Attorney General of California, and *Walter L. Bowers,* Assistant Attorney General, for respondents.

No. 67. YOUNG ET AL. *v.* GARRETT ET AL. Supreme Court of Arkansas. Certiorari denied. *DuVal L. Purkins* and *J. R. Wilson* for petitioners. *R. H. Wills* and *W. D. McKay* for respondents.

No. 68. UNITED STATES *v.* BLOEDEL DONOVAN LUMBER MILLS. Court of Claims. Certiorari denied. *Solicitor General Perlman* for the United States. *Tom S. Patterson* for respondent.

No. 69. J. H. ALLISON & Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *John A. Chambliss, Jr.* for petitioner. *Solicitor General Perlman, David P. Findling* and *Ruth Weyand* for respondent.

No. 70. REIN *v.* JOHNSON, AUDITOR OF PUBLIC ACCOUNTS, ET AL. Supreme Court of Nebraska. Certiorari denied. *Herbert W. Baird* for petitioner.

No. 72. TEXAS & PACIFIC RAILWAY CO. *v.* KILPATRICK; and

No. 73. TEXAS & PACIFIC RAILWAY CO. *v.* PARKER. C. A. 2d Cir. Certiorari denied. *Theodore Kiendl, William H. Timbers* and *Cleveland C. Cory* for petitioner. *William H. DeParcq* for respondents. Reported below: 166 F. 2d 788.